JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.C.R., | Case No. CV 18-684-KK |
| Plaintiff, | |
| v. | JUDGMENT |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is REVERSED, and this action is REMANDED for further administrative proceedings.

Dated: February 25, 2019

*/s/ Kenly Kiya Kato*

HONORABLE KENLY KIYA KATO
United States Magistrate Judge